**Mae LEE and Albert J. Lee, Appellants, v. Chester BOWLES, Administrator, Office of Price Administration, Appellee.**

**No. 10433.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 10, 1944.

Luce, Forward, Lee & Kunzel and Albert J. Lee, all of San Diego, Cal., for appellants.

George J. Burke, Gen. Counsel, and Thomas L. Emerson, Associate General Counsel, both of Washington, D. C., Myer C. Symonds, Regional Litigation Atty., of

San Francisco, Cal. John A. Donnelly, Chief Atty., and B. Kenneth Goodman, Chief Enforcement Atty., both of San Diego, Cal., and Fleming James, Jr., Chief, Litigation Branch, Abraham Glasser, Sp. Appellate Atty., and Harry L. Shniderman, Atty., O. P. A., all of Washington, D. C., for appellee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee to dismiss the appeal herein as moot, and good cause therefor appearing, it is ordered that the said motion be and hereby is granted, and that a decree be filed and entered herein dismissing appeal, without prejudice to appellee's right to make application to the Court below for further injunctive relief against appellants in accordance with the complaint and the prayer thereto, mandate to issue in accordance with our Rule 28.